# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA KATE LYON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01634-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>TEN DAY DEADLINE |

　　　　Plaintiff Sylvia Kate Lyon filed this action on October 28, 2016. The summons was issued on October 31, 2016. Pursuant to the scheduling order issued on October 31, 2016, Plaintiff is required to effect service within twenty days of filing the complaint and file a return of service with this Court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:　**December 2, 2016**　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1